```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

MIGUEL TIJERINA                                 CIVIL ACTION

VERSUS                                          NO: 13-78

STATE OF LOUISIANA, ET AL.                      SECTION: "A" (2)
```

## ORDER STAYING CASE

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Petitioner's Objection (Rec. Doc. 3) to the magistrate judge's Report and Recommendation, hereby grants Petitioner's request to stay this matter pending action on his writ application filed with the Louisiana Supreme Court.  The Court agrees with the magistrate judge's conclusion that Petitioner has not exhausted his claims in state court because the writ application remains pending.  A dismissal without prejudice is the appropriate course of action.  But because Petitioner did not initiate post-conviction proceedings in state court until the last day of the one-year limitations period under the AEDPA, any future federal petition will be time-barred if the Court dismisses the instant petition and requires Petitioner to re-file.  In other words, a dismissal without prejudice at this time will in effect operate as a dismissal with prejudice.

Accordingly, for the foregoing reasons;

**IT IS ORDERED** that Petitioner's **Objection to the Report and Recommendation (Rec. Doc. 3)** is **GRANTED**.  This matter is **STAYED** pending further orders of the Court;

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action

**CLOSED** for statistical purposes. The Court shall retain jurisdiction and the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

      February 21, 2013

                                      JAY C. ZAINEY
                            UNITED STATES DISTRICT JUDGE