Miguel Tijerina
Reg. No.23091-080
FCI Beaumont Low
P.O. Box 26020
Beaumont, TX 77720

United States District Court
Eastern District of Louisiana
New Orleans Division
Office of the Clerk
500 Poydras Street
Room C-15 1
New Orleans, LA 70130

January 14, 2014

Certified Mail No.7010 3090 0003 3484 3083
Return Reciept Requested

Re: <u>Miguel Tijerina v. State of Louisiana Et Al.</u>
    Civil Action No.13-78 Section "A"(2)

Dear Clerk:

    This letter is to notify the Court in this case that, on 1/10/2014, I recieved a copy of the Supreme Court of the State of Louisiana's 11/08/2012 action sheet notifying me that that court denied my Application for Supervisory and or Remedial Writs in this case. As such, my state court remedies are now exhausted, and this case can proceed. I await further advisement or instructions from this Court.

                              Sincerely yours,

                              Miguel Tijerina

TENDERED FOR FILING

JAN 27 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



7010 3090 0003 3484 3083

⇔23091-080⇔
U S Dist Court
Rm. C-151
500 Poydras ST
NEW Orleans, LA 70130
United States

Miguel Tijerina
Reg. No.23091-080
FCI Beaumont Low
P.O. Box 26020
Beaumont, TX 77720