UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MIGUEL TIJERINA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-78** |
| **STATE OF LOUISIANA** | **SECTION "A"(2)** |

# O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Miguel Tijerina for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

March 31, 2015

_____
UNITED STATES DISTRICT JUDGE